UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER D. JOHNSON,<br>              Plaintiff,<br>    v.<br>META, FACEBOOK, INC.,<br>              Defendant. | Case No. 23-cv-02595-AMO (PR)<br><br>**ORDER DIRECTING CLERK TO CLOSE/TERMINATE ACTION** |

On May 25, 2023, the Clerk of the Court received a letter from plaintiff dated May 10, 2023 and filed it as a new action. Dkt. 1. The Clerk then notified plaintiff in writing that the action was deficient because plaintiff did not file an actual complaint form. Dkt. 4. The Clerk also notified plaintiff that he failed to pay the requisite $402.00 filing fee or, instead, submit a signed and completed court-approved *in forma pauperis* (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months pursuant to 28 U.S.C. § 1915(a)(2). Dkt. 5. The Clerk sent plaintiff blank prisoner complaint and IFP forms, and advised him that failure to file the requested items within twenty-eight days would result in dismissal of the action. *See* Dkts. 4, 5.

Plaintiff has since filed completed IFP applications and various other documents. Among these filings, on June 13, 2023, plaintiff filed a document that was entitled, "Motion for Joinder of Claims or In the Alternative Petition for Joinder of Complaint," clarifying that he had no intentions of filing a civil suit within the Northern District. Dkt. 15 at 3. Specifically, plaintiff states that he "only seeks to join this class action as a class action litigant and not to file a new action." *Id.* The Court construes his filing as a request to join the class action relating to Facebook/Meta privacy violations in Case No. 18-md-2843 VC, *In Re: Facebook, Inc. Consumer Privacy User Profile Litigation*. *See id.* The Court notes that the settlement class was certified on

March 29, 2023. *See* Dkt. 1130 in Case No. 18-md-2843 VC. Due to the level of interest in this case, a web page has been created to notify journalists and interested members of the public of important news and information about access to proceedings and to case information. *See* https://www.cand.uscourts.gov/judges/chhabria-vince-vc/in-re-facebook-inc-consumer-privacy-user-profile-litigation/ (last accessed June 21, 2023).

Because plaintiff is a *pro se* prisoner who may not have easy access to the internet, the Clerk is directed to forward plaintiff's initial letter and his motions for joinder (Dkts. 1, 15, 26) to class counsel in Case No. 18-md-2843 VC.

The Clerk is directed to close/terminate this action as improvidently opened/filed. No filing fee for this improvidently opened/filed action is due. All pending motions are terminated as moot. Dkts. 2, 3, 8, 11, 15, 16, 22, 23, 24, 26. No further filings will be accepted in this matter as it will be closed. Any filings received by the Clerk will be returned to plaintiff.

This Order terminates Docket Nos. 2, 3, 8, 11, 15, 16, 22, 23, 24, and 26.

IT IS SO ORDERED.

Dated: July 10, 2023

_____
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge